NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

APR 13 2018

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 17-30164 |
| Plaintiff-Appellee, | D.C. No. 1:09-cr-00218-BLW |
| v. | |
| DANIEL LEE RATHMAN, | MEMORANDUM[*] |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Idaho
B. Lynn Winmill, Chief Judge, Presiding

Submitted April 11, 2018[**]

Before:     SILVERMAN, PAEZ, and OWENS, Circuit Judges.

Daniel Lee Rathman appeals from the district court's judgment and

challenges the 14-month sentence imposed upon his third revocation of supervised

release. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Rathman contends that the sentence is substantively unreasonable in light of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

the mitigating arguments he made in the district court in support of his request for a six-month sentence. The court did not abuse its discretion. *See Gall v. United States*, 552 U.S. 38, 51 (2007). The sentence is substantively reasonable in light of the 18 U.S.C. § 3583(e) sentencing factors and the totality of the circumstances, including Rathman's repeated violations of supervised release. *See Gall*, 552 U.S. at 51; *see also United States v. Simtob,* 485 F.3d 1058, 1062-63 (9th Cir. 2007). Moreover, contrary to Rathman's claim, the record reflects that the district court considered his arguments for a below-Guidelines sentence but found them unpersuasive. *See Rita v. United States*, 551 U.S. 338, 358 (2007).

**AFFIRMED**.

17-30164